1/21/2020

(Form IN FORMA PAUPERIS-Rev. 4/20/05, S.D. of Ohio)

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

**Plaintiff(s)**                                        **Case No.**

1:20 CV 56

J. BLACK

Paula Zelesnik                                     M.J. LITKOVITZ

**vs.**

General Electric Co. Stamford CT3, OH
CEO John Rice and Heat Transfer Dept
**Defendants(s)** GE John Blanton, Evendale,
                                              Ohio
november 1995 - Jan 21 2020

PZ

## APPLICATION/ MOTION TO PROCEED
## WITHOUT PREPAYMENT OF FEES
## (IN FORMA PAUPERIS)
## AND AFFIDAVIT IN SUPPORT THEREOF

**Instructions: In order for the Court to properly consider your application, you must answer each question below and provide the information requested. No application will be considered until it is fully completed.**

**I. Are you employed?**                                        Yes_____          No _✓___
   **A. If you answered "Yes":**
     (1) What is the name and address of your employer

     _____
     _____
     _____

     (2) How much do you earn per month?

     _____

   **B. If you answered "No"**
     (1) Have you ever been employed?                Yes _✓___          No_____
     If yes, what was the last year and month you were
     employed? _Feb 2012_
     How much did you earn a month? _$10/hr Long. term sub at Westerville Central HS Polaris Ohio 43082_

**II. What is your marital status?**
   Single _✓___          Married_____          Widowed_____          Divorced_____
   **A. If you answered "Married":**
     (1) Is your spouse employed?  Yes_____          No_____
     If yes, how much does your spouse earn each month?
     $_____

**III. Do you have any dependents?**          Yes_____          No _✓___
   If you answered "Yes" list each dependent's name (minor children should be identified only by their initials), relationship to you, and the amount you contribute to their support:

| Name | Relationship | Amount |
|------|-------------|--------|
|      |             |        |
|      |             |        |
|      |             |        |

**IV. Within the past twelve (12) months, have you received any income from a business, profession or other form of self-employment, or in the form of rent payments, retirement benefits, annuity payments, interest or dividends, or any other source?**          Yes_____          No _✓___
   A. If you answered "Yes," describe each source of income and the total amount you received from that source over the twelve-month period:

| Source | Amount | Source | Amount |
|--------|--------|--------|--------|
| SSi | $ 760⁰⁰/mo |  | $ |
|  | $ |  | $ |
|  | $ |  | $ |

**V. Do you have any cash on hand or money in a savings, checking, or other account?**
Yes_____ No ✓

    **A. If you answered "Yes", state the combined total amount:**
    $_____0_____.

**VI. Do you own any real estate, stocks, bonds, notes, automobiles, or any other valuable property?**
Yes_____ No ✓
    A. If you answered "Yes", describe each piece of property and state it's value:

| Property | Value | Property | Value |
|---|---|---|---|
| | $ | | $ |
| | $ | | $ |
| | $ | | $ |
| | $ | | $ |

**VII. List all your creditors, including banks, loan companies, charge accounts, personal loans, rent, utilities, child support, etc., and the amount you pay each month on each bill/obligation:**

| Creditor | Amount Owed | Creditor | Amount Owed |
|---|---|---|---|
| Dept of Ed Creditors | $ 100+k | | $ |
| Franklin U | $ 10k | | $ |
| Col Dato | $ | | $ |
| | $ | | $ |

**VIII. State your address and telephone number where the Court can reach you.**

Daula Zelesynk
2368 Victoria Parkway #110
Cincinnati OH 45206

I declare under penalty of perjury that the above information is true and correct.

_1/21/2020_
Date

_Daula Melesynk_
Signature of Applicant

-3-