### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

| | | |
|---|---|---|
| PAULA ZELESNIK, | : | Case No. 1:20-cv-56 |
| | : | |
| Plaintiff, | : | Judge Timothy S. Black |
| | : | |
| vs. | : | Magistrate Judge Stephanie K. |
| | : | Bowman |
| JOHN RICE, *et al.*, | : | |
| | : | |
| Defendants. | : | |

### DECISION AND ENTRY
### ADOPTING THE REPORT AND RECOMMENDATION OF
### THE UNITED STATES MAGISTRATE JUDGE (Doc. 5) AND
### TERMINATING THIS CASE IN THIS COURT

This case is before the Court pursuant to the Order of General Reference to United States Magistrate Judge Stephanie K. Bowman. Pursuant to such reference, the Magistrate Judge reviewed the pleadings and, on January 27, 2020, submitted a Report and Recommendation, recommending that the Court: (1) dismiss Plaintiff's Complaint with prejudice; and (2) deem Plaintiff a vexatious litigator.[1] (Doc. 5). Plaintiff did not file any objections.

As required by 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b), the Court has reviewed the comprehensive findings of the Magistrate Judge and considered *de novo* all

---

[1] Since 2017, Plaintiff has filed over a dozen lawsuits, almost all of which have been dismissed as frivolous on initial screening. *See, e.g.*, Case Nos. 1:17-cv-209, 1:17-cv-210, 1:17-cv-211, 1:17-cv-505, 1:17-cv-710, 1:18-cv-433, 1:18-cv-478, 1:18-cv-584, 1:18-cv-685, 2:18-cv-1101, 2:18-cv-1225, 2:18-cv-1251, 1:19-cv-978, 1:20-cv-52, 1:20-cv-64.

of the filings in this matter.  Upon consideration of the foregoing, the Court finds that the

Report and Recommendation should be and is hereby adopted in its entirety.

Accordingly:

1.      The Report and Recommendation (Doc. 5) is **ADOPTED** in its entirety;

2.      Plaintiff's Complaint (Doc. 4) is **DISMISSED** with prejudice;

3.      The Court **DEEMS** Plaintiff a vexatious litigator and **ENJOINS** her from filing any new actions in this Court without submitting a certification from an attorney who is licensed to practice in this Court or the State of Ohio, stating that there is a good faith basis for the claims Plaintiff seeks to assert;[2]

4.      Pursuant to 28 U.S.C. § 1915(a)(3), the Court certifies that an appeal of this Order would not be taken in good faith and, therefore, this Court **DENIES** Plaintiff leave to appeal *in forma pauperis*; and

5.      The Clerk shall enter judgment accordingly, whereupon this case is **TERMINATED** on the docket of this Court.

**IT IS SO ORDERED.**

Date:   _____5/7/2020_____          ___*s/Timothy S. Black*_____
                                         Timothy S. Black
                                         United States District Judge

---

[2] Contemporaneous with this Order, the Court is issuing another Order, in another of Plaintiff's cases, also deeming Plaintiff a vexatious litigator.  *See* Case No. 1:19-cv-978.